**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1201**

_____

KRISTIN E. SCHELIN; MARK A. WATSON,

             Plaintiffs - Appellees,

      v.

KARL L. MALLOY,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:24-cv-00058-DJN)

_____

Submitted:  July 25, 2024                          Decided:  July 29, 2024
                     Amended:  August 27, 2024

_____

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Karl Linard Malloy, Appellant Pro Se.  Christopher Lawrence Perkins, ECKERT SEAMANS CHERIN & MELLOTT, LLC, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karl L. Malloy appeals the district court's order dismissing as moot his appeal from the bankruptcy court's January 11, 2024, order denying his motion for a stay pending appeal. The district court dismissed the appeal as moot because the bankruptcy court issued a corrected order denying Malloy's motion for a stay pending appeal and, in a separate order, specifically stated that the corrected order "shall supersede and replace" the January 11, 2024, order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Schelin v. Malloy*, No. 3:24-cv-00058-DJN (E.D. Va. Jan. 31, 2024); *see Incumaa v. Ozmint*, 507 F.3d 281, 286 (4th Cir. 2007) (setting forth principles of appellate mootness). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*